# First District Court of Appeal
## State of Florida

_____

No. 1D17-4482
_____

DATHAN S. GRAY, SR.,

   Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

   Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

February 5, 2019

PER CURIAM.

   The petition for writ of certiorari is dismissed as moot.

LEWIS, WETHERELL, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Dathan S. Gray, Sr., pro se, Petitioner.

Ashley B. Moody, Attorney General, Kenneth S. Steely, General Counsel, and Gayla Grant, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.